■ HANNAH ALLEN, as Executrix of MILDRED B. MERDINGER, Deceased, Respondent, v. AMERICAN FABRICS COMPANY, INC., Appellant, et al., Defendants. AMERICAN FABRICS COMPANY, INC., Third-Party Plaintiff, v. HARRY MERDINGER, Third-Party Defendant.—

Concur — Stevens, P. J., Capozzoli, Nunez, McNally and Steuer, JJ.